JILL SCHWARTZ,

       *Plaintiff/Counter-Defendant*,

v.                                                    Civil Action No. 1:19-cv-00340 (CJN)

ALEXANDRA THOMAS SCHWARTZ,

       *Defendant/Counter-Plaintiff*.

## **VERDICT FORM**

*Verdict Form for Alex Thomas v. Jill Schwartz (19-cv-340)*

**We answer the questions submitted to us as follows:**

## QUESTION 1

*EMAIL FROM SEPTEMBER 11, 2018, 6:35 P.M. (Plaintiff Exhibit # 10)*

**With regard to the statements in the September 11, 2018, 6:35 p.m. email:**

    **a. Did Jill Schwartz make the statements?**

    _____ Yes _____ No

If you answered **Yes** to question 1.a, then answer question 1.b. If you answered **No**, stop here, and proceed to answer Question 2.

    **b. Were one or more of the statements made by Jill Schwartz false?**

    _____ Yes _____ No

If you answered **Yes** to question 1.b, then answer question 1.c. If you answered **No**, stop here, and proceed to answer Question 2.

    **c. Did the person or persons to whom one or more of the false statements were made reasonably understand that the statements were about Alex Thomas?**

    _____ Yes _____ No

If you answered **Yes** to question 1.c, then answer question 1.d. If you answered **No**, stop here, and proceed to answer Question 2.

    **d. Did Jill Schwartz know that one or more of the statements about Alex Thomas were false or was she negligent in determining the truth or falsity of the statements?**

    _____ Yes _____ No

If you answered **Yes** to question 1.d, then answer question 1.e. If you answered **No**, stop here, and proceed to answer Question 2.

    **e. Did one or more of the statements that you found to have satisfied 1.d injure Alex Thomas in her trade or profession, or lower her estimation in the community?**

    _____ Yes _____ No

*Verdict Form for Alex Thomas v. Jill Schwartz (19-cv-340)*

If you answered **Yes** to question 1.e, then proceed to question 1.f.  If you answered **No**, proceed to Question 2.

 f. **What amount of actual and/or compensatory damages did Alex Thomas suffer from one or more of the statements that you found to have satisfied 1.e?**

  $ _____

If you provided any amount above $0, skip to 1.i.  If you provided the answer of $0, then proceed to 1.g.

 g. **Did one or more of the statements falsely impute to Alex Thomas a crime or ascribe to Alex Thomas conduct, a characteristic, or a condition that would adversely affect her fitness for the proper conduct of her lawful business, trade, or profession?**

  _____ Yes _____ No

If you answered **Yes** to 1.g, proceed to 1.h.  If you answered **No**, proceed to Question 2.

 h. **What amount of presumed damages do you award to Alex Thomas?**

  $ _____

Proceed to question 1.i.

 i. **Did Jill Schwartz make one or more of the false statements about Alex Thomas with knowledge of their falsity, reckless disregard for their truth, or with the intent to harm Alex Thomas in her trade or profession (malice)?**

  _____ Yes _____ No

If you answered **Yes** to 1.i, then proceed to 1.j.  If you answered **No** to 1.i, then proceed to 1.k.

 j. **What amount of punitive damages (if any) from one or more of those statements do you award to Alex Thomas?**

  $ _____

Proceed to question 1.k.

 k. **Did Jill Schwartz engage in unfair competition with regard to one or more of the defamatory statements?**
  _____ Yes _____ No

If you answered **Yes** to 1.k, then proceed to 1.l.  If you answered **No**, then proceed to Question 2.

 l. **What amount of unfair competition damages has Alex Thomas suffered with respect to one or more of those statements?**

  $ _____

*Verdict Form for Alex Thomas v. Jill Schwartz (19-cv-340)*

## QUESTION 2

*EMAIL FROM SEPTEMBER 7, 2018, 6:01 P.M. (Plaintiff Exhibit # 3)*

**With regard to the statements in the September 7, 2018, 6:01 p.m. email:**

    **a. Did Jill Schwartz make the statements?**

    _____ Yes _____ No

If you answered **Yes** to question 2.a, then answer question 2.b. If you answered **No**, stop here, and proceed to answer Question 3.

    **b. Were one or more of the statements made by Jill Schwartz false?**

    _____ Yes _____ No

If you answered **Yes** to question 2.b, then answer question 2.c. If you answered **No**, stop here, and proceed to answer Question 3.

    **c. Did the person or persons to whom one or more of the false statements were made reasonably understand that the statements were about Alex Thomas?**

    _____ Yes _____ No

If you answered **Yes** to question 2.c, then answer question 2.d. If you answered **No**, stop here, and proceed to answer Question 3.

    **d. Did Jill Schwartz know that one or more of the statements about Alex Thomas were false or was she negligent in determining the truth or falsity of the statements?**

    _____ Yes _____ No

If you answered **Yes** to question 2.d, then answer question 2.e. If you answered **No**, stop here, and proceed to answer Question 3.

    **e. Did one or more of the statements that you found to have satisfied 2.d injure Alex Thomas in her trade or profession, or lower her estimation in the community?**

    _____ Yes _____ No

*Verdict Form for Alex Thomas v. Jill Schwartz (19-cv-340)*

If you answered **Yes** to question 2.e, then proceed to question 2.f. If you answered **No**, proceed to Question 3.

    f. **Did one or more of the statements falsely impute to Alex Thomas a crime or ascribe to Alex Thomas conduct, a characteristic, or a condition that would adversely affect her fitness for the proper conduct of her lawful business, trade, or profession?**

    _____ Yes    _____ No

If you answered **Yes** to 2.f, proceed to 2.g. If you answered **No**, proceed to Question 3.

    g. **What amount of presumed damages do you award to Alex Thomas?**

    $ _____

If you answered 2.g, then proceed to question 2.h.

    h. **Did Jill Schwartz make one or more of the false statements about Alex Thomas with knowledge of their falsity, reckless disregard for their truth, or with the intent to harm Alex Thomas in her trade or profession (malice)?**

    _____ Yes    _____ No

If you answered **Yes** to 2.h, then proceed to 2.i. If you answered **No** to 2.h, then proceed to 2.j.

    i. **What amount of punitive damages (if any) from one or more of those statements do you award to Alex Thomas?**

    $ _____

Proceed to question 2.j.

    j. **Did Jill Schwartz engage in unfair competition with regards to one or more of the defamatory statements?**

    _____ Yes    _____ No

If you answered **Yes** to 2.j, then proceed to 2.k. If you answered **No**, then proceed to Question 3.

    k. **What amount of unfair competition damages has Alex Thomas suffered with respect to one or more of those statements?**

    $ _____

*Verdict Form for Alex Thomas v. Jill Schwartz (19-cv-340)*

# **QUESTION 3**

*EMAIL FROM SEPTEMBER 9, 2018, 9:02 A.M. (Plaintiff Exhibit # 4-1)*

**With regard to the statements in the September 9, 2018, 9:02 a.m. email:**

    **a. Did Jill Schwartz make the statements?**

    _____ Yes _____ No

If you answered **Yes** to question 3.a, then answer question 3.b. If you answered **No**, stop here, and proceed to answer Question 4.

    **b. Were one or more of the statements made by Jill Schwartz false?**

    _____ Yes _____ No

If you answered **Yes** to question 3.b, then answer question 3.c. If you answered **No**, stop here, and proceed to answer Question 4.

    **c. Did the person or persons to whom one or more of the statements were made reasonably understand that the statements were about Alex Thomas?**

    _____ Yes _____ No

If you answered **Yes** to question 3.c, then answer question 3.d. If you answered **No**, stop here, and proceed to answer Question 4.

    **d. Did Jill Schwartz know that one or more of the false statements about Alex Thomas were false or was she negligent in determining the truth or falsity of the statements?**

    _____ Yes _____ No

If you answered **Yes** to question 3.d, then answer question 3.e. If you answered **No**, stop here, and proceed to answer Question 4.

    **e. Did one or more of the statements that you found to have satisfied 3.d injure Alex Thomas in her trade or profession, or lower her estimation in the community?**

    _____ Yes _____ No

*Verdict Form for Alex Thomas v. Jill Schwartz (19-cv-340)*

If you answered **Yes** to question 3.e, proceed to question 3.f.  If you answered **No**, proceed to Question 4.

    f. **Did one or more of the statements falsely impute to Alex Thomas a crime or ascribe to Alex Thomas conduct, a characteristic, or a condition that would adversely affect her fitness for the proper conduct of her lawful business, trade, or profession?**

    _____ Yes _____ No

If you answered **Yes** to 3.f, proceed to 3.g.  If you answered **No**, proceed to Question 4.

    g. **What amount of presumed damages do you award to Alex Thomas?**

    $ _____

If you answered 3.g, then proceed to question 3.h.

    h. **Did Jill Schwartz make one or more of the false statements about Alex Thomas with knowledge of their falsity, reckless disregard for their truth, or with the intent to harm Alex Thomas in her trade or profession (malice)?**

    _____ Yes _____ No

If you answered **Yes** to 3.h, then proceed to 3.i.  If you answered **No** to 3.h, then proceed to 3.j.

    i. **What amount of punitive damages (if any) from one or more of those statements do you award to Alex Thomas?**

    $ _____

Proceed to question 3.j.

    j. **Did Jill Schwartz engage in unfair competition with regards to one or more of the defamatory statements?**

    _____ Yes _____ No

If you answered **Yes** to 3.j, then proceed to 3.k.  If you answered **No**, then proceed to Question 4.

    k. **What amount of unfair competition damages has Alex Thomas suffered with respect to one or more of those statements?**

    $ _____

*Verdict Form for Alex Thomas v. Jill Schwartz (19-cv-340)*

## QUESTION 4

*EMAIL FROM SEPTEMBER 15, 2018, 12:44 P.M. (Plaintiff Exhibit # 15)*

**With regard to the statements in the September 15, 2018, 12:44 p.m. email:**

    **a. Did Jill Schwartz make the statements?**

    _____ Yes  _____ No

If you answered **Yes** to question 4.a, then answer question 4.b.  If you answered **No**, stop here.

    **b. Were one or more of the statements made by Jill Schwartz false?**

    _____ Yes  _____ No

If you answered **Yes** to question 4.b, then answer question 4.c.  If you answered **No**, stop here.

    **c. Did the person or persons to whom one or more of the false statements were made reasonably understand that the statements were about Alex Thomas?**

    _____ Yes  _____ No

If you answered **Yes** to question 4.c, then answer question 4.d.  If you answered **No**, stop here.

    **d. Did Jill Schwartz know that one or more of the statements about Alex Thomas were false or was she negligent in determining the truth or falsity of the statements?**

    _____ Yes  _____ No

If you answered **Yes** to question 4.d, then answer question 4.e.  If you answered **No**, stop here.

    **e. Did one or more of the statements that you have found to have satisfied 4.d injure Alex Thomas in her trade or profession, or lower her estimation in the community?**

    _____ Yes  _____ No

If you answered **Yes** to question 4.e, then proceed to question 4.f.  If you answered **No**, then stop here.

    **f. Do one or more of the statements falsely impute to Alex Thomas a crime or ascribe to Alex Thomas conduct, a characteristic, or a condition that would adversely affect her fitness for the proper conduct of her lawful business, trade, or profession?**

    _____ Yes  _____ No

*Verdict Form for Alex Thomas v. Jill Schwartz (19-cv-340)*

If you answered **Yes** to 4.f, proceed to 4.g.  If you answered **No**, then stop here.

    **g. What amount of presumed damages do you award to Alex Thomas?**

        $ _____

Proceed to question 4.h.

    **h. Did Jill Schwartz make one or more of the false statements about Alex Thomas with knowledge of their falsity, reckless disregard for their truth, or with the intent to harm Alex Thomas in her trade or profession (malice)?**

        _____ Yes  _____ No

If you answered **Yes** to 4.h, then proceed to 4.i.  If you answered **No** to 4.h, then proceed to 4.j.

    **i. What amount of punitive damages (if any) from one or more of those statements do you award to Alex Thomas?**

        $ _____

Proceed to question 4.j.

    **j. Did Jill Schwartz engage in unfair competition with regards to one or more of the defamatory statements?**

        _____ Yes  _____ No

If you answered **Yes** to 4.j, then proceed to 4.k.  If you answered **No**, then stop here.

    **k. What amount of unfair competition damages has Alex Thomas suffered with respect to one or more of those statements?**

        $ _____