| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☑ |
| Joint | ☐ |
| Court | ☐ |

Jill Schwartz
vs.
Alexandra Thomas Schwartz

Civil/Criminal No. 1:19-cv-340 CJN

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX 1 | February 15, 2017: Independent Contractor Agreement between Ms. Thomas and Compass. | 5/31/22 | 5/31/22 | Holly Worthington Alexandra Thomas | 6/6/22 |
| PX 2 | September 5-6, 2018: Emails between Holly Worthington and Jill Schwartz | 5/31/22 | 5/31/22 | Holly Worthington | 6/6/22 |
| PX 3 | September 7, 2018: Email from Jill Schwartz to Compass' Senior Managing Director of Sales, Stanton Schnepp | 6/2/22 | 6/2/22 | Jill Schwartz Alexandra Thomas | 6/6/22 |
| PX 4 | September 7-9, 2018: Emails between Jill Schwartz and Holly Worthington with commission spreadsheet attachment | 5/31/22 | 5/31/22 | Holly Worthington Alexandra Thomas | 6/6/22 |
| PX 5 | September 9, 2018: 9:02am email from Jill Schwartz to Holly Worthington | | | | |
| PX 6 | September 9, 2018: 10:54am email from Jill Schwartz to Holly Worthington | 5/31/22 | | Holly Worthington | |
| PX 7 | September 9, 2018: Emails between Holly Worthington and Jill Schwartz | 5/31/22 | 5/31/22 | Holly Worthington | 6/6/22 |
| PX 8 | September 10, 2018: Emails between Compass management team and with Jill Schwartz | 5/31/22 | 5/31/22 | Holly Worthington | 6/6/22 |
| PX 9 | September 10, 2018: Emails with Jill Schwartz and Holly Worthington | 5/31/22 | 5/31/22 | Holly Worthington. | 6/6/22 |
| PX 10 | September 11, 2018: 6:35pm email from Jill Schwartz to Kimberly Harris | 5/31/22 | 5/31/22 | Holly Worthington Alexandra Thomas | 6/6/22 |

| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ✓ |
| Joint | ☐ |
| Court | ☐ |

Jill Schwartz
VS.
Alexandra Thomas Schwartz

Civil/Criminal No. 1:19-cv-340 CJN

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX 11 | September 13, 2018: Emails with Holly Worthington and Jill Schwartz | 5/31/22 | 5/31/22 | Holly Worthington | 6/6/22 |
| PX 12 | September 15, 2018: Emails with Jill Schwartz and Holly Worthington, Stanton Schnepp, Kimberley Harris | 5/31/22 | 5/31/22 | Holly Worthington Alexandra Thomas | 6/6/22 |
| PX 13 | September 21-24, 2018: Emails between Jill Schwartz and Compass management re: "Final JSG Payout Plan" | 5/31/22 | 5/31/22 | Holly Worthington Alexandra Thomas | 6/6/22 |
| PX 14 | Compass records of commission payments to the parties | | | | |
| PX 15 | Map of GPS Coordinates and of NW Washington, DC  15.1  15.2 | 6/2/22 | | Jill Schwartz | |
| PX 16 | Long & Foster commission statements produced in response to subpoena. | | | | |
| PX 17 | Counter-Defendant's original Complaint | | | | |
| PX 18 | Counter-Defendant's amended Complaint | | | | |
| PX 19 | Public records of Ms. Schwartz's listings and sales since October 2018 in the Multi-Listing Service | | | | |
| PX 20 | Public records of Ms. Schwartz's professional awards since October 2018 | | | | |

| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ✓ |
| Joint | ☐ |
| Court | ☐ |

Jill Schwartz
VS.
Alexandra Thomas Schwartz

Civil/Criminal No. 1:19-cv-340 CJN

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX 21 | September 5, 2019: Inman article | | | | |
| PX 22 | February 13, 2019: The Real Deal article | | | | |
| PX 23.1 | Compass Documents re: 1232 Hamlin St NW | | | | |
| PX 23.2 | Compass Documents re: 6007 Bradley Blvd | | | | |
| PX 23.3 | Compass Documents re: 710 E Street SE | | | | |
| PX 23.4 | Compass Documents re: 7537 12th Street NW | 6-2-22 | 6-2-22 | Jill Schwartz Alexandra Thomas | 6/6/22 |
| PX 23.5 | Compass Documents re: 1418 Meridian Place NW | | | | |
| PX 23.6 | Compass Documents re: 1516 44th Street NW | | | | |
| PX 23.7 | Compass Documents re: 5123 45th Street NW | | | | |
| PX 23.8 | Compass Documents re: 1723 Lamont Street NW | | | | |

| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☒ |
| Joint | ☐ |
| Court | ☐ |

Jill Schwartz
VS.
Alexandra Thomas Schwartz

Civil/Criminal No. 1:19-cv-340 CJN

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX 23.9 | Compass Documents re: 6315 Broad Branch Road | | | | |
| PX 24 | Newspaper articles of Ms. Schwartz's notable sales since October 2018 | | | | |
| PX 25 | August 2017: Compass Washington, DC Region Agent Manual | 5/31/22 | 5/31/22 | Holly Worthington | 6/6/22 |
| PX 26 | August 31, 2020: Jill Schwartz's Response to Alexandra Thomas Schwartz's First Set of Requests Admissions | | | | |
| PX 27 | August 31, 2020: Jill Schwartz's Response to Alexandra Thomas Schwartz's First Requests for Interrogatories | | | | |
| PX 28 | August 31, 2020: Jill Schwartz's Responses and Objections to Defendants Danielle Spira and Ray Ferrara's Requests for Admissions | | | | |
| PX 29 | August 31, 2020: Jill Schwartz's Objections and Answers to Defendant Danielle Spira and Ray Ferrara's First Set of Interrogatories | | | | |
| PX 30 | Transcript of Jill Schwartz Deposition | 6/2/22 | | Jill Schwartz | |
| PX 31 | Transcript of Alexandra Thomas Schwartz Deposition | 6/3/22 | | Alexandra Thomas | |
| PX 32 | | | | | |

| Government | ☐ | | | |
|---|---|---|---|---|
| Plaintiff | ✓ | Jill Schwartz | | |
| Defendant | ☐ | VS. | Civil/Criminal No. | 1:19-cv-340 |
| Joint | ☐ | Alexandra Thomas Schwartz | | |
| Court | ☐ | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Emails scheduling meeting | 6/3/22 | 6/3/22 | Jill Schwartz | 6/6/22 |
| 2 | Listing Agreement for 7537 12th Street NW | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Government ☐
Plaintiff ☐
Defendant ☐
Joint ☑
Court ☐

Jill Schwartz
VS.
Alexandra Thomas Schwartz

Civil/Criminal No. 1:19-cv-340

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Team Contract between Ms. Thomas and Ms. Schwartz | 5/31/22 | 5/31/22 | Holly Worthington Alexandra Thomas | 6/6/22 |
| 2 | MailChimp email notifications | 6/2/22 | 6/2/22 | Jill Schwartz | 6/6/22 |
| 3 | IP search result | 6/2/22 | 6/2/22 | Jill Schwartz | 6/6/22 |