*Verdict Form for Alex Thomas v. Jill Schwartz (19-cv-340)*

JILL SCHWARTZ,

       *Plaintiff/Counter-Defendant,*

v.

ALEXANDRA THOMAS SCHWARTZ,

       *Defendant/Counter-Plaintiff.*

Civil Action No. 1:19-cv-00340 (CJN)

## **REVISED VERDICT FORM**

*Verdict Form for Alex Thomas v. Jill Schwartz (19-cv-340)*

We answer the questions submitted to us as follows:

## QUESTION 1

*EMAIL FROM SEPTEMBER 11, 2018, 6:35 P.M. (Plaintiff Exhibit # 10)*

With regard to the statements in the September 11, 2018, 6:35 p.m. email:

   a. **Did Jill Schwartz make the statements?**

   ✓ Yes _____ No

If you answered **Yes** to question 1.a, then answer question 1.b. If you answered **No**, stop here, and proceed to answer Question 2.

   b. **Were one or more of the statements made by Jill Schwartz false?**

   ✓ Yes _____ No

If you answered **Yes** to question 1.b, then answer question 1.c. If you answered **No**, stop here, and proceed to answer Question 2.

   c. **Did the person or persons to whom one or more of the false statements were made reasonably understand that the statements were about Alex Thomas?**

   ✓ Yes _____ No

If you answered **Yes** to question 1.c, then answer question 1.d. If you answered **No**, stop here, and proceed to answer Question 2.

   d. **Did Jill Schwartz know that one or more of the statements about Alex Thomas were false or was she negligent in determining the truth or falsity of the statements?**

   ✓ Yes _____ No

If you answered **Yes** to question 1.d, then answer question 1.e. If you answered **No**, stop here, and proceed to answer Question 2.

   e. **Did one or more of the statements that you found to have satisfied 1.d tend to injure Alex Thomas in her trade or profession, or lower her estimation in the community?**

   ✓ Yes _____ No

*Verdict Form for Alex Thomas v. Jill Schwartz (19-cv-340)*

If you answered **Yes** to question 1.e, then proceed to question 1.f. If you answered **No**, proceed to Question 2.

 f. **Did Alex Thomas suffer actual and/or compensatory damages from one or more of the statements that you found to have satisfied 1.e?**

  __✓__ Yes  _____ No

If you answered **Yes** to question 1.f, then proceed to question 1.g. If you answered **No**, proceed to question 1.h.

 g. **What amount of actual and/or compensatory damages did Alex Thomas suffer from one or more of the statements that you found to have satisfied 1.f?**

  $ 125,000

If you provided any amount above $0, skip to 1.j. If you provided the answer of $0, then proceed to 1.h.

 h. **Did one or more of the statements falsely impute to Alex Thomas a crime or ascribe to Alex Thomas conduct, a characteristic, or a condition that would adversely affect her fitness for the proper conduct of her lawful business, trade, or profession?**

  __✓__ Yes  _____ No

If you answered **Yes** to 1.h, proceed to 1.i. If you answered **No**, proceed to Question 2.

 i. **What amount of presumed damages do you award to Alex Thomas?**

  $ 0.00

Proceed to question 1.j.

 j. **Did Jill Schwartz make one or more of the false statements about Alex Thomas with knowledge of their falsity, reckless disregard for their truth, or with the intent to harm Alex Thomas in her trade or profession (malice)?**

  __✓__ Yes  _____ No

If you answered **Yes** to 1.j, then proceed to 1.k. If you answered **No** to 1.j, then proceed to 1.l.

 k. **What amount of punitive damages (if any) from one or more of those statements do you award to Alex Thomas?**

  $ 0.00

*Verdict Form for Alex Thomas v. Jill Schwartz (19-cv-340)*

Proceed to question 1.l.

> l. **Did Jill Schwartz engage in unfair competition with regard to one or more of the defamatory statements?**
> _____ Yes \_\_\_✓\_\_\_ No

If you answered **Yes** to 1.l, then proceed to 1.m. If you answered **No**, then proceed to Question 2.

> m. **What amount of unfair competition damages has Alex Thomas suffered with respect to one or more of those statements?**
>
> $ _____

*Verdict Form for Alex Thomas v. Jill Schwartz (19-cv-340)*

## QUESTION 2

*EMAIL FROM SEPTEMBER 7, 2018, 6:01 P.M. (Plaintiff Exhibit # 3)*

**With regard to the statements in the September 7, 2018, 6:01 p.m. email:**

    a. **Did Jill Schwartz make the statements?**

        ✓ Yes _____ No

If you answered **Yes** to question 2.a, then answer question 2.b. If you answered **No**, stop here, and proceed to answer Question 3.

    b. **Were one or more of the statements made by Jill Schwartz false?**

        ✓ Yes _____ No

If you answered **Yes** to question 2.b, then answer question 2.c. If you answered **No**, stop here, and proceed to answer Question 3.

    c. **Did the person or persons to whom one or more of the false statements were made reasonably understand that the statements were about Alex Thomas?**

        ✓ Yes _____ No

If you answered **Yes** to question 2.c, then answer question 2.d. If you answered **No**, stop here, and proceed to answer Question 3.

    d. **Did Jill Schwartz know that one or more of the statements about Alex Thomas were false or was she negligent in determining the truth or falsity of the statements?**

        ✓ Yes _____ No

If you answered **Yes** to question 2.d, then answer question 2.e. If you answered **No**, stop here, and proceed to answer Question 3.

    e. **Did one or more of the statements that you found to have satisfied 2.d tend to injure Alex Thomas in her trade or profession, or lower her estimation in the community?**

        ✓ Yes _____ No

*Verdict Form for Alex Thomas v. Jill Schwartz (19-cv-340)*

If you answered **Yes** to question 2.e, then proceed to question 2.f. If you answered **No**, proceed to Question 3.

 f. **Did one or more of the statements falsely impute to Alex Thomas a crime or ascribe to Alex Thomas conduct, a characteristic, or a condition that would adversely affect her fitness for the proper conduct of her lawful business, trade, or profession?**

  ✓ Yes  _____ No

If you answered **Yes** to 2.f, proceed to 2.g. If you answered **No**, proceed to Question 3.

 g. **What amount of presumed damages do you award to Alex Thomas?**

  $ 0.00

If you answered 2.g, then proceed to question 2.h.

 h. **Did Jill Schwartz make one or more of the false statements about Alex Thomas with knowledge of their falsity, reckless disregard for their truth, or with the intent to harm Alex Thomas in her trade or profession (malice)?**

  ✓ Yes  _____ No

If you answered **Yes** to 2.h, then proceed to 2.i. If you answered **No** to 2.h, then proceed to 2.j.

 i. **What amount of punitive damages (if any) from one or more of those statements do you award to Alex Thomas?**

  $ 0.00

Proceed to question 2.j.

 j. **Did Jill Schwartz engage in unfair competition with regards to one or more of the defamatory statements?**

  _____ Yes  ✓ No

If you answered **Yes** to 2.j, then proceed to 2.k. If you answered **No**, then proceed to Question 3.

 k. **What amount of unfair competition damages has Alex Thomas suffered with respect to one or more of those statements?**

  $ _____

*Verdict Form for Alex Thomas v. Jill Schwartz (19-cv-340)*

## QUESTION 3

*EMAIL FROM SEPTEMBER 9, 2018, 9:02 A.M. (Plaintiff Exhibit # 4-1)*

**With regard to the statements in the September 9, 2018, 9:02 a.m. email:**

    **a. Did Jill Schwartz make the statements?**

         ✓ Yes _____ No

If you answered **Yes** to question 3.a, then answer question 3.b. If you answered **No**, stop here, and proceed to answer Question 4.

    **b. Were one or more of the statements made by Jill Schwartz false?**

         ✓ Yes _____ No

If you answered **Yes** to question 3.b, then answer question 3.c. If you answered **No**, stop here, and proceed to answer Question 4.

    **c. Did the person or persons to whom one or more of the statements were made reasonably understand that the statements were about Alex Thomas?**

         ✓ Yes _____ No

If you answered **Yes** to question 3.c, then answer question 3.d. If you answered **No**, stop here, and proceed to answer Question 4.

    **d. Did Jill Schwartz know that one or more of the false statements about Alex Thomas were false or was she negligent in determining the truth or falsity of the statements?**

         ✓ Yes _____ No

If you answered **Yes** to question 3.d, then answer question 3.e. If you answered **No**, stop here, and proceed to answer Question 4.

    **e. Did one or more of the statements that you found to have satisfied 3.d tend to injure Alex Thomas in her trade or profession, or lower her estimation in the community?**

         ✓ Yes _____ No

*Verdict Form for Alex Thomas v. Jill Schwartz (19-cv-340)*

If you answered **Yes** to question 3.e, proceed to question 3.f. If you answered **No**, proceed to Question 4.

    f. Did one or more of the statements falsely impute to Alex Thomas a crime or ascribe to Alex Thomas conduct, a characteristic, or a condition that would adversely affect her fitness for the proper conduct of her lawful business, trade, or profession?

        ✓ Yes      ___ No

If you answered **Yes** to 3.f, proceed to 3.g. If you answered **No**, proceed to Question 4.

    g. What amount of presumed damages do you award to Alex Thomas?

        $ 0.00

If you answered 3.g, then proceed to question 3.h.

    h. Did Jill Schwartz make one or more of the false statements about Alex Thomas with knowledge of their falsity, reckless disregard for their truth, or with the intent to harm Alex Thomas in her trade or profession (malice)?

        ✓ Yes      ___ No

If you answered **Yes** to 3.h, then proceed to 3.i. If you answered **No** to 3.h, then proceed to 3.j.

    i. What amount of punitive damages (if any) from one or more of those statements do you award to Alex Thomas?

        $ 0.00

Proceed to question 3.j.

    j. Did Jill Schwartz engage in unfair competition with regards to one or more of the defamatory statements?

        ___ Yes      ✓ No

If you answered **Yes** to 3.j, then proceed to 3.k. If you answered **No**, then proceed to Question 4.

    k. What amount of unfair competition damages has Alex Thomas suffered with respect to one or more of those statements?

        $ _____

*Verdict Form for Alex Thomas v. Jill Schwartz (19-cv-340)*

## QUESTION 4

*EMAIL FROM SEPTEMBER 15, 2018, 12:44 P.M. (Plaintiff Exhibit # 12)*

**With regard to the statements in the September 15, 2018, 12:44 p.m. email:**

   a. **Did Jill Schwartz make the statements?**

      ✓ Yes  _____ No

If you answered **Yes** to question 4.a, then answer question 4.b. If you answered **No**, stop here.

   b. **Were one or more of the statements made by Jill Schwartz false?**

      ✓ Yes  _____ No

If you answered **Yes** to question 4.b, then answer question 4.c. If you answered **No**, stop here.

   c. **Did the person or persons to whom one or more of the false statements were made reasonably understand that the statements were about Alex Thomas?**

      ✓ Yes  _____ No

If you answered **Yes** to question 4.c, then answer question 4.d. If you answered **No**, stop here.

   d. **Did Jill Schwartz know that one or more of the statements about Alex Thomas were false or was she negligent in determining the truth or falsity of the statements?**

      ✓ Yes  _____ No

If you answered **Yes** to question 4.d, then answer question 4.e. If you answered **No**, stop here.

   e. **Did one or more of the statements that you have found to have satisfied 4.d tend to injure Alex Thomas in her trade or profession, or lower her estimation in the community?**

      ✓ Yes  _____ No

If you answered **Yes** to question 4.e, then proceed to question 4.f. If you answered **No**, then stop here.

   f. **Do one or more of the statements falsely impute to Alex Thomas a crime or ascribe to Alex Thomas conduct, a characteristic, or a condition that would adversely affect her fitness for the proper conduct of her lawful business, trade, or profession?**

      ✓ Yes  _____ No

*Verdict Form for Alex Thomas v. Jill Schwartz (19-cv-340)*

If you answered **Yes** to 4.f, proceed to 4.g.  If you answered **No**, then stop here.

    g.  **What amount of presumed damages do you award to Alex Thomas?**

        $ 0.00

Proceed to question 4.h.

    h.  **Did Jill Schwartz make one or more of the false statements about Alex Thomas with knowledge of their falsity, reckless disregard for their truth, or with the intent to harm Alex Thomas in her trade or profession (malice)?**

        ✓ Yes      ~~KAM~~ No

If you answered **Yes** to 4.h, then proceed to 4.i.  If you answered **No** to 4.h, then proceed to 4.j.

    i.  **What amount of punitive damages (if any) from one or more of those statements do you award to Alex Thomas?**

        $ 0.00

Proceed to question 4.j.

    j.  **Did Jill Schwartz engage in unfair competition with regards to one or more of the defamatory statements?**

        ____ Yes    ✓ No

If you answered **Yes** to 4.j, then proceed to 4.k.  If you answered **No**, then stop here.

    k.  **What amount of unfair competition damages has Alex Thomas suffered with respect to one or more of those statements?**

        $ _____

Date: 6/7/2022

_____
FOREPERSON

Time: 4:35